UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Miller, Robert and Heather

Debtor(s)
_____/

Case No.: 13-62641 mbm
Chapter: 13
Judge: McIvor

ORDER APPROVING PAYMENT OF
PRE-CONFIRMATION ATTORNEY FEES AND EXPENSES FROM
March 11, 2014 – August 28, 2014

NOW COMES Smyk Bankruptcy and Debt Reduction, PLLC ("Applicant") having filed an Application for Approval of Payment of Pre-Confirmation Attorneys Fees and Expenses.

The Court finding that L.B.R. 9014-1(b)(1) (E.D.M.) provides for entry of an order if a response has not been filed within twenty-one (21) days after service of the Motion on the parties; and the Court finding that no response has been timely filed; and

The Court being otherwise fully advised in the premises,

**NOW THEREFORE, IT IS HEREBY ORDERED THAT**:

1. The Court approves Applicant's fees and expenses as follows:
   Prior award for fees and costs: $0.00

   Present Award for fees: $ 6,144.25
   (includes cost of preparation of fee application)
   Present Award for costs: $ 199.59
   Total Present Award for fees and costs: $ 6,343.84

   **Paid direct by Debtor pre-petition:** **$0.00**
   **Total to be paid through the Chapter 13 Trustee:** **$6,343.84**

2. This Award covers services rendered and costs incurred from March 11, 2014 through August 28, 2014

**IT IS SO ORDERED**.

Signed on September 29, 2014

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge